# United States District Court
## Eastern District of Wisconsin

LENI THOMOLLARI,
and NESTI THOMOLLARI,

        Plaintiffs,

    v.

AMERICOLLECT, INC.,
and THE ORTHOPEDIC INSTITUTE OF WISCONSIN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-CV-1178

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 18, is GRANTED.

    **IS FURTHER ORDERED** that this action is **DISMISSED** and that Leni Thomollari and Nesti Thomollari shall take nothing from their Amended Complaint.

    Approved:    *s/ David E. Jones*
                            DAVID E. JONES
                            United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 27th day of December, 2018.

                            STEPHEN C. DRIES
                            Clerk of Court

                            *s/ K. Hubacz*
                            (By) Deputy Clerk